IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZHAOJIN DAVID KE, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LIBERTY MUTUAL INSURANCE | : | |
| COMPANY, | : | No. 20-1591 |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 11th day of February, 2021, upon consideration of Mr. Ke's Second Amended Complaint Regarding Count II (Doc. No. 20), and Defendant's Motion to Dismiss the Second Amended Complaint (Doc. No. 23), it is **ORDERED** that Defendant's Motion (Doc. No. 23) is **DENIED**.

BY THE COURT:

_____
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1