IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZHAOJIN DAVID KE, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LIBERTY MUTUAL INSURANCE | : | |
| COMPANY, | : | No. 20-1591 |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 9th day of November, 2021, upon consideration of Plaintiff's Motion to Exclude the Testimony of Kevin M. Quinley (Doc. No. 47), Defendant's Response in Opposition (Doc. No. 51), and Plaintiff's Reply in Support (Doc. No. 52); Plaintiff's Motion for Summary Judgment (Doc. No. 48), Defendant's Response in Opposition (Doc. No. 53), and Plaintiff's Reply in Support (Doc. No. 56); Defendant's Motion for Summary Judgment (Doc. No. 49), Plaintiff's Response in Opposition (Doc. No. 50); Defendant's Motion for Leave to Supplement Its Motion for Summary Judgment to Attached a Numbered Statement of Pertinent Facts (Doc. No. 54) and Plaintiff's Response in Opposition (Doc. No. 55); and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that:

1. Plaintiff's Motion to Exclude the Testimony of Kevin M. Quinley (Doc. No. 47) is **GRANTED IN PART** and **DENIED IN PART**.

2. Plaintiff's Motion for Summary Judgment (Doc. No. 48) is **DENIED**.

3. Defendant's Motion for Leave to Supplement Its Motion for Summary Judgment to Attached a Numbered Statement of Pertinent Facts (Doc. No. 54) and Plaintiff's Response in Opposition (Doc. No. 55) is **GRANTED**.

4. Defendant's Motion for Summary Judgment (Doc. No. 49) is **GRANTED**.

5.     The Clerk of Court is directed to close this case for all purposes, including statistics.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE