IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZHAOJIN DAVID KE, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LIBERTY MUTUAL INSURANCE | : | |
| COMPANY, | : | No. 20-1591 |
| *Defendant* | : | |

**ORDER**

AND NOW, this 23rd day of November, 2021, upon consideration of the Plaintiff's Motion for Reconsideration (Doc. No. 67), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Plaintiff's Motion for Reconsideration (Doc. No. 67) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE